and, as modified affirmed, with costs to the appellant. Settle order before Mr. Justice BURR.

---

In re TOWN OF KIRKWOOD et al. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) In the matter of the application of the Town of Kirkwood, Broome County, New York, by its Town Board, and of Edwin Smith and others, as Assessors of said Town of Kirkwood, to procure the substitution as attorneys of Hinman, Howard & Kattell, of Binghamton, N. Y., in the place and stead of A. D. Wales and Wales & Riley, attorneys for said assessors heretofore.

PER CURIAM. Upon hearing this appeal, the court suggested the form of stipulation which should be filed by the town as a condition for the making of this order, and which stipulation has been filed, the terms of which and of this order having been assented to by the respective parties in open court, it is determined that the order appealed from be modified, by inserting therein, in lieu of the provisions with reference to an undertaking, the terms of said stipulation as a condition thereof, and the following provisions, and, as so modified, affirmed. It is further ordered that, the said Wales and his firm having been superseded by the action of the town, neither he nor his firm is answerable for the result of further proceedings herein, and the final event of these proceedings shall not bear upon or prejudice his right to, or the amount of, compensation, but his compensation shall be determined without reference thereto. It is further ordered that the printing disbursements at this term, to be duly taxed, are allowed to the appellant, in case it is found that anything is due him for services, and that the amount thereof shall in that event be paid to him as a disbursement. It is further ordered that R. H. Thurston, Esq., of Elmira, be and hereby is appointed referee for the purposes of said order.

---

In re TOWNSEND. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) In the matter of the application of Robert Townsend, as administrator, etc., of Maria F. Townsend, deceased, for the payment of her debts. Petition of Ernest K. Hutchinson, a purchaser, to be relieved of his purchase. No opinion. Order of the Surrogate's Court of Nassau county affirmed, with $10 costs and disbursements, and motion to dismiss appeal denied, without costs.

---

TRUSTEES OF PRESBYTERY OF NEW YORK v. WESTMINSTER PRESBYTERIAN CHURCH OF WEST TWENTY–THIRD STREET et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by the Trustees of the Presbytery of New York against the Westminster Presbyterian Church of West Twenty-Third Street and others. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 127 N. Y. Supp. 851.

TUSCARORA LAND & IMPROVEMENT CO., Respondent, v. MILLAR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by the Tuscarora Land & Improvement Company against John C. Millar, individually and as executor, etc., and another. No opinion. Judgment affirmed, with costs.

---

TWELFTH WARD BANK OF CITY OF NEW YORK, Appellant, v. ROSENTHAL et al., Respondents. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by the Twelfth Ward Bank of the City of New York against Annie Rosenthal and others. O. Sommerich, for appellant. S. Sturtz, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

ULRICH, Respondent, v. BROOKLYN UNION ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by Annie S. Ulrich against the Brooklyn Union Electric Railroad Company. D. A. Marsh, for appellant. W. A. Thacher, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

ULRICH et al., Appellants, v. CLEMENT, State Excise Com'r, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Charles Ulrich and another against Maynard. N. Clement, as State Commissioner of Excise, and others. No opinion. Judgment and order affirmed, with costs. See, also, 124 N. Y. Supp. 133.

---

UNITED BUILDING MATERIAL CO. v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) Action by the United Building Material Company against the City of New York and others.

PER CURIAM. Judgment affirmed, with costs. See, also, 125 N. Y. Supp. 1148.

BURR, J., concurs, upon the ground that the decision of this case is controlled by a previous decision of this court between the same parties.

---

UNITED METALS SELLING CO., Respondent, v. AMERICAN SMELTING & REFINING CO., Appellant. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by the United Metals Selling Company against the American Smelting & Refining Company. J. F. Workum, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 139 App. Div. 904, 123 N. Y. Supp. 1146.

---

UNVERSAGT, Appellant, v. ALLSOP, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action

by Charles H. Unversagt against Sarah J. Allsop, as administratrix. A. B. Morrison, for appellant. E. Hall, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

URCHS, Respondent, v. NEW AMSTERDAM CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by William J. Urchs against the New Amsterdam Casualty Company. C. S. Petrasch, for appellant. R. B. Honeyman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

VAN ALSTINE, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court. Appellate Division, Fourth Department. March 14, 1911.) Action by William H. Van Alstine against the Syracuse Rapid Transit Railway Company. For former decision, see 126 N. Y. Supp. 1149.

PER CURIAM. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals dismissed; no leave being necessary.

---

VAN SCHAICK REALTY CO. v. ABRAMSON et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the Van Schaick Realty Company against Ida Abramson, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

VERDIGLIONE, Respondent, v. GRAVES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Giuseppe Verdiglione, as administrator, etc., against Kate L. Graves and others. No opinion. Judgment and order affirmed, with costs.

---

VILLAGE OF CHARLOTTE, Appellant, v. KEON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by the Village of Charlotte against John M. Keon. For former opinion, see 128 N. Y. Supp. 80.

PER CURIAM. Motion for reargument granted. Reargument set down for March 28th.

---

VILLAGE OF CHARLOTTE, Appellant, v. KEON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by the Village of Charlotte against John M. Keon.

PER CURIAM. On reargument, judgment affirmed, with costs.

McLENNAN, P. J., dissents, upon the grounds stated in his opinion handed down on former decision (128 N. Y. Supp. 80), made March 8, 1911.

WADE, Appellant, v. TOWN OF WORCESTER, Respondent. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Pearl Wade against the Town of Worcester. No opinion. Motion denied. See, also, 127 N. Y. Supp. 1148.

---

WAKEFIELD v. GAYNOR et al. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Wilson F. Wakefield against Philip B. Gaynor and others. No opinion. Judgment affirmed, with costs to be paid by the appellants personally.

---

WALLACE v. WALLACE. (Supreme Court, Appellate Division, Third Department. March 21, 1911.) Action by Mary Wallace against Patrick H. Wallace.

PER CURIAM. Application denied, with leave to petitioner to make and file and serve upon the attorney for the plaintiff, on or before Wednesday noon, 22d of March, affidavits showing his inability to pay the fine for which he is imprisoned, as a basis for a modification of the original order of this court, to which affidavits the plaintiff may file replying affidavits on or before 12 o'clock of the 23d of March. See, also, 140 App. Div. 800, 125 N. Y. Supp. 561.

---

WALLACE v. WALLACE. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Mary Wallace against Patrick H. Wallace.

PER CURIAM. Order (140 App. Div. 800, 125 N. Y. Supp. 561) dated September 13, 19~^ and filed with the clerk of this court November 17, 1910, modified, so as to provide at the end thereof: Defendant may apply at any Special Term, upon five days' notice to the plaintiff, for a release from said imprisonment, upon showing that he is wholly unable to pay the fine imposed herein.

---

In re WALLACH. (Supreme Court, Appellate Division, First Department. March 17, 1911.) In the matter of Karl M. Wallach, deceased. S. J. Liebeskind, for appellant. B. F. Wollman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 128 N. Y. Supp. 1020.

---

WALLACH et al. v. PAUWELS et al. (two cases). (Supreme Court, Appellate Division, First Department. March 31, 1911.) Actions by Isabel R. Wallach and others against Robert P. Pauwels and others. No opinion. Application granted, Order signed.

---

WARD v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Elizabeth Ward, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.